IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| MORIN LAW FIRM, P.L.L.C. and TINA L. MORIN,<br><br>Plaintiffs,<br><br>vs.<br><br>LEONARD CARDER, L.L.P.; LOCKRIDGE GRINDAL NAUEN P.L.L.P.; WECHSLER HARWOOD L.L.P.; and MARCHETTI LAW, P.C.,<br><br>Defendants. | No. CV-15-30-BU-SEH<br><br>ORDER |

Based upon the record made in open court,

ORDERED:

1. Defendants' Motion for Partial Summary Judgment[1] is GRANTED.

---

[1] Doc. 58.

2. Counts II through V of Plaintiffs' Fourth Amended Complaint are dismissed.

3. The parties shall file with the Court a proposed final pretrial order directed to the breach of contract issue as stated on the record and in accordance with L.R. 16.4 on or before January 27, 2017.

DATED this 30th day of November, 2016.

SAM E. HADDON
United States District Judge